ROBERT GASSMAN et al., Appellants, v METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted March 30, 2009; decided May 5, 2009

Motion, insofar as it seeks leave to appeal as against defendant The United States Life Insurance Company in the City of New York, denied; motion, insofar as it seeks leave to appeal as against other defendants, dismissed upon the ground that as to

said defendants, the Appellate Division order does not finally determine the action within the meaning of the Constitution.